

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHWANEE KUMAR,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>WARDEN OF IMPERIAL REGIONAL DETENTION FACILITY, ET AL.<br><br>　　　　　　　　　Respondents. | Case No.: 26cv459-LL-AHG<br><br>**ORDER DENYING AS MOOT TEMPORARY RESTRAINING ORDER AGAINST RESPONDENTS**<br><br>[ECF No. 5] |

　　　Petitioner Ashwanee Kumar is a detainee in the custody of the U.S. Department of Homeland Security, Immigration and Customs Enforcement. On January 23, 2026, he filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, and the Court issued an Order Requiring Response to Petition and Setting Briefing Schedule. ECF Nos. 1, 2. The Court's Order directed Respondents to show cause why the Petition should not be granted by filing a written Return on or before February 3, 2026. ECF No. 2 at 2. The Order also stated that it was "necessary to order a limited stay pursuant to the All Writs Act, 28 U.S.C. § 1651, to preserve the status quo until the Court can provide a reasoned decision, in order to avoid any potential jurisdictional problems if Petitioner is removed from this district." *Id.* (citing *E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 & n.1 (D. Or.

July 16, 2025) ("Courts around the country exercise their authority under the All Writs Act to maintain their jurisdiction over pending immigration matters by preserving the status quo.")). In relevant part, the Court ordered as follows: "Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby **ENJOINED** from removing Petitioner from the United States or this district pending further order of the Court, to maintain the status quo to allow the Court to provide a reasoned decision." ECF No. 2 at 2.

On February 4, 2026, Petitioner filed a Motion for Temporary Restraining Order requesting that the Court order Respondents to "prohibiting Respondent from removing Petitioner from the United States or transferring him outside the Southern District of California" and "maintain [his] current custodial status pending further order of the Court." ECF No. 5. The Court **DENIES AS MOOT** the Motion for Temporary Restraining Order in light of this Court's January 27, 2026 Order.

**IT IS SO ORDERED.**

Dated: February 4, 2026

Honorable Linda Lopez
United States District Judge